EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
TIFFANIE C. BITTLE, ESQ.
Nevada Bar No. 15179
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE A. MORRIS, an individual, CITY COMMUNITY CHURCH INC., fka CALVARY COMMUNITY ASSEMBLY OF GOD, INC., a Nevada Corporation; TOM LUKER, individually and on behalf of all those similarly situated; REYNALDO MONTENEGRO, individually and on behalf of all this similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, a Foreign Corporation; ASSEMBLIES OF GOD, NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, INC., a Foreign Corporation; DAVID L. CHILDERS, an individual; BRET L. ALLEN, an individual; JAY A. HERNON, an individual; DOE Individuals I through X, and Roe Companies I through X, inclusive, <br><br> Defendants. | CASE NO.: <br><br><br> **JOINT NOTICE OF REMOVAL** |

## JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants ASSEMBLIES OF GOD, NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, INC., a foreign corporation, DAVID L. CHILDERS, an individual, and THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, a foreign corporation "Defendants"), remove this civil action filed in the Eighth Judicial District Court of Clark County, Nevada with case number A-23-881887-C (the "State Court"), to the United States District Court for the District of Nevada (the "Court"). Removal is warranted because this Court has federal-question jurisdiction over plaintiffs pled violations of 42 U.S. Code §§ 1983 and 1985 and this action therefore arises under federal law, supplemental jurisdiction over the plaintiffs' state-law claims, and all other removal requirements are satisfied. All defendants served as of the date of this petition for removal join in this petition.

## COMPLIANCE WITH 28 U.S.C. § 1446 (a) AND (d)

1.    As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on the Defendants, as well as all pleadings filed in the Eighth Judicial District Court of Clark, County Nevada, are submitted with this Notice as follows, and no motions or hearing are pending in the state court.

    a.    Plaintiffs' Complaint filed on November 23, 2023 (**Exhibit A**);

    b.    Amended Complaint filed January 24, 2024 (**Exhibit B**);

    c.    Proof of Service for Assemblies of God, Northern California and Nevada District Council, Inc. (**Exhibit C**);

    d.    Proof of Service for David L. Childers (**Exhibit D**); and

    e.    Proof of Service for The General Council of the Assemblies of God (**Exhibit E**).

2.    Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of the original Notice of Removal is being filed concurrently with the Eighth Judicial District Court of Clark, County Nevada, and served on the attorney for the Plaintiff as indicated in the attached Certificate of Service.

3.    The United States District Court for the District of Nevada includes Clark County, the

county in which the action is currently pending. Thus, this Court is the proper venue for removal pursuant to 28 U.S.C. § 1441(a).

## GROUNDS FOR REMOVAL

1. Plaintiffs BRUCE A. MORRIS, CITY COMMUNITY CHURCH INC., TOM LUKER, and REYNALDO MONTENEGRO ("Plaintiff"), filed this civil action against Defendants on November 23, 2023, in the Eighth Judicial District Court of Clark County, Nevada, Case No. A-23-881887-C.

2. Defendant DAVID L. CHILDERS was served on February 6, 2024.

3. Defendant NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, INC. was served on February 6, 2024.

4. Defendant THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, ASSEMBLIES OF GOD was served on February 10, 2024.

5. Pursuant to 28 U.S.C. § 1446(b), a Notice of Removal is timely if it is filed within 30 days after the receipt by defendant of the initial pleading. This Notice of Removal is filed within 30 days of service of the initial Complaint on Defendants NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, INC. and DAVID L. CHILDERS on February 6, 2024.

6. All Defendants that have been served as of the date of this petition join in this petition.

7. The District Courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiffs have pled violations of 42 U.S. Code §§ 1983 and 1985 and this action therefore arises under federal law. *See* Complaint at ¶ 246–265.

8. Supplemental jurisdiction over Plaintiffs' remaining claims is appropriate pursuant to 42 U.S. Code §§ 1367 because all claims and allegations form part of the same case or controversy under Article III of the United States Constitution. Therefore, removal of the entire action is appropriate.

## CONCLUSION

Because federal question-jurisdiction exists here, this action may be removed to federal court and supplemental jurisdiction may be exercised over Plaintiffs' related state law claims.

WHEREFORE, having shown that this case is properly removable, Defendants provide notice that the State Court Action now pending in the Eighth Judicial District Court of Nevada, County of Clark, Case No. A-23-881887-C, is removed to the United States District Court for the State of Nevada, and respectfully requests that this Court exercise jurisdiction over this case.

DATED this 22nd day of February, 2024.

**MESSNER REEVES LLP**

By: /s/ Edgar Carranza
EDGAR CARRANZA, ESQ. (NBN 5902)
TIFFANIE C. BITTLE, ESQ. (NBN 15179)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants Northern California and Nevada District Council, Inc. and David L. Childers*

**SNELL & WILMER, LLP**

By: /s/ John S. Delikanakis
JOHN S. DELIKANAKIS, ESQ. (NBN 5928)
ERIN GETTEL, ESQ. (NBN 13877)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendants The General Council of The Assemblies of God*

## CERTIFICATE OF SERVICE

On this 22nd day of February, 2024, pursuant to Administrative Order 14-2 and Rule 9 of the NEFCR, I caused the foregoing **JOINT NOTICE OF REMOVAL** to be transmitted to the person(s) identified in the E-Service List for this captioned case in Odyssey E-File & Serve of the Eighth Judicial District Court, County of Clark, State of Nevada. A service transmission report reported service as complete and a copy of the service transmission report will be maintained with the document(s) in this office.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Michael E. Stoberski, Esq.<br>Alexander Adrian, Esq.<br>Olson Cannon Gormley & Stoberski<br>9950 W. Cheyenne Ave.<br>Las Vegas, Nevada 89129<br>702-384-4012<br>702-383-0701 fax<br>mstoberski@ocgas.com<br>aadrian@ocgas.com | *Attorney for Plaintiffs* | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic means |

/s/ Patti Sherretts
An employee of MESSNER REEVES LLP