John S. Delikanakis (NV Bar No. 5928)
Erin Gettel (NV Bar No. 13877 )
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
       egettel@swlaw.com

*Attorneys for Defendant The General Council of the Assemblies of God*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE A MORRIS, an individual, CITY COMMUNITY CHURCH INC., fka CALVARY COMMUNITY ASSEMBLY OF GOD, INC., a Nevada Corporation; TOM LUKER, individually and on behalf of all those similarly situated; REYNALDO MONTENEGRO, individually and on behalf of all this similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD,  a Foreign Corporation; ASSEMBLIES OF GOD, NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, IN., a Foreign Corporation; DAVID L. CHILDERS, an individual; BRET L. ALLEN, an individual; JAY A. HERNON, an individual; DOE Individuals I through X and Roe Companies I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00362-MMD-EJY<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Defendants The General Council of the Assemblies of God ("GCAG"), Assemblies of God, Northern California and Nevada District Council, ("AOG"), David L. Childers, ("Childers") ("Defendants") and Plaintiffs (collectively the "Parties") stipulate to extend the deadline for Defendants to respond the Amended Complaint to March 15, 2024.  The Parties make the following

stipulation for good cause, nor for the purpose of delay, and for the following reasons:

1. The served defendants and their counsel require additional time to analyze the Amended Complaint and formulate their respective responses to it.

Therefore, the Parties respectfully request an extension for Defendants to file their response to the Amended Complaint, up to and including March 15, 2024.

Dated: February 26, 2024

OLSON CANNON GORMLEY

By: */s/ Alexander Adrian*
   Francis Arenas (NV Bar No. 6557)
   Alexander Adrian, Esq. (NV Bar No. 15695)
   9950 West Cheyenne Avenue
   Las Vegas, NV 89129
   Telephone: 702-384-4012

*Attorneys for Plaintiffs*

Dated: February 26, 2024

MESSNER REEVES LLP

By: */s/ Edgar Carranza*
   Edgar Carranza, Esq. (NV Bar No. 5902)
   Tiffanie C. Bittle, Esq. (NV Bar No. 15179)
   8945 West Russell Road, Suite 300
   Las Vegas, NV 89148
   Telephone: 702-363-5100

*Attorneys for Defendants Northern California and Nevada District Council, Inc. and David L. Childers*

Dated: February 26, 2024.

SNELL & WILMER L.L.P.

By: *John S. Delikanakis*
   John S. Delikanakis (NV Bar No. 5928)
   Erin Gettel (NV Bar No. 13877)
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   Telephone: (702) 784-5200

*Attorneys for Defendant The General Council of the Assemblies of God*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 26, 2024