1  John S. Delikanakis (NV Bar No. 5928)
   Erin Gettel (NV Bar No. 13877 )
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: jdelikanakis@swlaw.com
5         egettel@swlaw.com

6  *Attorneys for Defendant The General Council of the Assemblies of God*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE A MORRIS, an individual, CITY COMMUNITY CHURCH INC., fka CALVARY COMMUNITY ASSEMBLY OF GOD, INC., a Nevada Corporation; TOM LUKER, individually and on behalf of all those similarly situated; REYNALDO MONTENEGRO, individually and on behalf of all this similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, a Foreign Corporation; ASSEMBLIES OF GOD, NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, IN., a Foreign Corporation; DAVID L. CHILDERS, an individual; BRET L. ALLEN, an individual; JAY A. HERNON, an individual; DOE Individuals I through X and Roe Companies I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00362-MMD-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>(SECOND REQUEST) |

Defendants The General Council of the Assemblies of God ("GCAG"), Assemblies of God, Northern California and Nevada District Council, ("AOG"), David L. Childers, ("Childers"), Bret L. Allen ("Allen"), and Jay A. Hernon ("Hernon") ("Defendants") and Plaintiffs (collectively the "Parties") stipulate to extend the deadline for Defendants to respond the Amended Complaint to

April 15, 2024. The Parties make the following stipulation for good cause, nor for the purpose of delay, and for the following reasons:

1. The served defendants and their counsel require additional time to analyze the Amended Complaint and formulate their respective responses to it.

Therefore, the Parties respectfully request an extension for Defendants to file their response to the Amended Complaint, up to and including April 15, 2024.

Dated: March 5, 2024

OLSON CANNON GORMLEY

By: /s/ Alexander Adrian
    Francis Arenas (NV Bar No. 6557)
    Alexander Adrian, Esq. (NV Bar No. 15695)
    9950 West Cheyenne Avenue
    Las Vegas, NV 89129
    Telephone: 702-384-4012

*Attorneys for Plaintiffs*

Dated: March 5, 2024

MESSNER REEVES LLP

By: /s/ Edgar Carranza
    Edgar Carranza, Esq. (NV Bar No. 5902)
    Tiffanie C. Bittle, Esq. (NV Bar No. 15179)
    8945 West Russell Road, Suite 300
    Las Vegas, NV 89148
    Telephone: 702-363-5100

*Attorneys for Defendants Northern California, Nevada District Council, Inc., David L. Childers, Bret L. Allen and Jay A. Hernon*

Dated: March 5, 2024.

SNELL & WILMER L.L.P.

By: /s/ John S. Delikanakis
    John S. Delikanakis (NV Bar No. 5928)
    Erin Gettel (NV Bar No. 13877)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200

*Attorneys for Defendant The General Council of the Assemblies of God*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 6, 2024