| | |
|---|---|
| John S. Delikanakis (NV Bar No. 5928)<br>Erin Gettel (NV Bar No. 13877)<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile:  (702) 784-5252<br>Email: jdelikanakis@swlaw.com<br>         egettel@swlaw.com | Edgar Carranza (NV Bar No. 5902)<br>Tiffanie C. Bittle (NV Bar No. 15179)<br>MESSNER REEVES LLP<br>8945 West Russell Road, Suite 300<br>Las Vegas, NV 89148<br>Telephone: (702) 363-5100<br>Facsimile: (702) 363-5101<br>Email: ecarranza@messner.com<br>         tbittle@messner.com |
| *Attorneys for The General Council<br>of the Assemblies of God* | *Attorneys for Assemblies of God,<br>Northern California and Nevada<br>District Council, Inc., David L.<br>Childers, Bret L. Allen, and Jay A.<br>Herndon* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE A MORRIS, an individual, CITY COMMUNITY CHURCH INC., fka CALVARY COMMUNITY ASSEMBLY OF GOD, INC., a Nevada Corporation; TOM LUKER, individually and on behalf of all those similarly situated; REYNALDO MONTENEGRO, individually and on behalf of all this similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, a Foreign Corporation; ASSEMBLIES OF GOD, NORTHERN CALIFORNIA AND NEVADA DISTRICT COUNCIL, INC., a Foreign Corporation; DAVID L. CHILDERS, an individual; BRET L. ALLEN, an individual; JAY A. HERNDON, an individual; DOE Individuals I through X and Roe Companies I through X, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-00362-MMD-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE (ECF NO. 24) TO MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 23)**<br><br>**(FIRST REQUEST)** |

    Defendants, by and through their respective counsel, Snell & Wilmer LLP and Messner Reeves LLP, and Plaintiffs, by and through their counsel Olson Cannon Gormley, stipulate to extend the deadline for Defendants to file their reply to Plaintiffs' response (ECF No. 24) to

Defendants' motion for judgment on the pleadings (ECF No. 23) from May 30, 2024, to June 13, 2024.  The Parties enter this stipulation because:

   1. Defendants require additional time to analyze Plaintiffs' response and to draft the reply. This is the first request to extend the deadline for the reply and is made in good faith and not for purposes of delay.

   Therefore, the parties respectfully request an extension for Defendants to file their reply, up to and including June 13, 2024.

Dated:  May 29, 2024.

| OLSON CANNON GORMLEY | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Alexander Adrian*<br>Francis Arenas (NV Bar No. 6557)<br>Alexander Adrian (NV Bar No. 15695)<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | By: */s/ John S. Delikanakis*<br>John S. Delikanakis (NV Bar No. 5928)<br>Erin Gettel (NV Bar No. 13877)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant The General Council of the Assemblies of God* |

MESSNER REEVES LLP

By:  */s/ Edgar Carranza*
   Edgar Carranza (NV Bar No. 5902)
   Tiffanie C. Bittle (NV Bar No. 15179)
   8945 West Russell Road, Suite 300
   Las Vegas, NV 89148

*Attorneys for Assemblies of God, Northern California and Nevada District Council, Inc., David L. Childers, Bret L. Allen, and Jay A. Herndon*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants' reply to Plaintiffs' response (ECF No. 24) to Defendants' motion for judgment on the pleadings (ECF No. 23) is due June 13, 2024.

**IT IS SO ORDERED.**

DATED: _____May 30_____, 2024

_____
UNITED STATES DISTRICT JUDGE

4887-4596-6019