AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Morris et al

                    Plaintiffs,

v.

The General Council of The Assemblies of God et al

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00362-MMD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
Judgment is entered in favor of Defendants and against Plaintiffs Case is dismissed with prejudice.

12/05/2024
Date

DEBRA K. KEMPI
Clerk

/s/ ALZ
Deputy Clerk